UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:12-CR-25-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **KENNETH DARDEN** ) | |
| **Defendant** ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Wednesday, March 20, 2013, in Raleigh. The case is hereby CONTINUED to _April Term_ in _____, North Carolina.

This _14_ day of _March_ 2013.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge